**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 601 MAL 2020

Respondent

  :    Petition for Allowance of Appeal
  :    from the Order of the Superior Court

v.

ANTHONY J. CRAWFORD,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.